# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-4140

———————

| | |
|---|---|
| Frederick L. Pitchford, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Daniel Madden Turbitt, United States | * Eastern District of Arkansas. |
| Merit Systems Protection Board | * |
| Administrative Judge, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

———————

Submitted: December 28, 2007
Filed: January 14, 2008

———————

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Frederick Pitchford appeals the district court's[1] dismissal of his lawsuit against United States Merit Systems Protection Board administrative judge Daniel Turbitt. Upon careful review of the record, see Casazza v. Kiser, 313 F.3d 414, 418 (8th Cir. 2002) (de novo standard of review), we affirm for the reasons stated by the district court in its well-reasoned opinion, see 8th Cir. R. 47B.

———————

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.